Chelsea P. Pyasetskyy, WSBA #48997
Email: chelsea@thenelllawgroup.com
Daniel E. Thenell, WSBA # 37297
Email: dan@thenelllawgroup.com
Thenell Law Group, P.C.
6 Centerpointe Drive, Ste. 450
Lake Oswego, OR 97035
Phone: (503) 372-6450
Fax: (503) 372-6496
*Attorneys for Stillwater Insurance Company*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STILLWATER INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEY NAUMETS and NADEZHDA ANATOLIYEV FEITSER,<br><br>Defendants. | Case No. 2:26-cv-02794-JCC<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL AN UNREDACTED COPY OF DEMAND |

The Court, having reviewed the Unopposed Motion to File Under Seal an Unredacted Copy of Demand (dkt. no. 13), HEREBY GRANTS the Motion.

John C. Coughenour
U.S. District Judge